# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-2750-JFW (JEM)** | Date | **May 17, 2013** |
| Title | **ESSIE M. MOROW v. MICHAEL J. ASTRUE, Commissioner of Social Security** | | |

Present: The Honorable    **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO SUBMIT PORTION OF JOINT STIPULATION**

It has come to the Court's attention that plaintiff has failed to submit its portion of the Joint Stipulation. Plaintiff must cooperate in the filing of the Joint Stipulation by May 29, 2013 or show cause why sanctions should not be issued, including dismissal of the pending complaint.

                                                                          _____ : _____
                                        Initials of Preparer         sa