1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

12  ESSIE M. MORROW,                           ) Case No. CV 12-2750-JFW (JEM)
                                               )
13                          Plaintiff,         )
                                               ) ORDER ACCEPTING FINDINGS AND
14            v.                               ) RECOMMENDATIONS OF UNITED STATES
                                               ) MAGISTRATE JUDGE
15  CAROLYN W. COLVIN,                         )
    Acting Commissioner of Social Security,    )
16                                             )
                            Defendant.         )
17                                             )
                                               )
18  ─────────────────────────────────────────  )

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file,

20  and the Report and Recommendation of the United States Magistrate Judge.  The Court

21  accepts the findings and recommendations of the Magistrate Judge.

22        IT IS HEREBY ORDERED that Judgment be entered dismissing this action without

23  prejudice.

24

25  DATED: July 18, 2013       _____
                                           JOHN F. WALTER
26                               UNITED STATES DISTRICT JUDGE

27

28