JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSIE M. MORROW,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. CV 12-2750-JFW (JEM)<br><br>**JUDGMENT** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  July 18, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE